UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS, | No. 2:17-cv-0680 KJN P |
| Plaintiff, | |
| v. | ORDER |
| S. FERNAN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. The state prison's inmate locator reflects that plaintiff remains housed at the California State Prison in Solano. On March 30, 2017 plaintiff filed a complaint and a motion for injunctive relief. On April 5, 2017, Supervising Deputy Attorney General Monica Anderson was directed to file a response to plaintiff's motion for injunctive relief. On April 12, 2017, by special appearance, Supervising Deputy Attorney General Kelli M. Hammond filed a response, accompanied by a declaration from Dr. M. Kuersten, Chief Medical Executive at California State Prison, Solano. Good cause appearing, plaintiff shall file a reply to the response within fourteen days. Plaintiff is cautioned that failure to comply with this order may result in an order denying the motion for injunctive relief.

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days, plaintiff shall file a reply to the April 12, 2017 response.

Dated: May 11, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/harr0680.reply