UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS, | No. 2:17-cv-0680 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| S. FERNAN, et al., | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 15, 2017, plaintiff filed a motion for injunctive relief. On September 6, 2017, plaintiff's complaint was dismissed, and plaintiff was granted thirty days in which to file an amended complaint. (ECF No. 15.)

On August 29, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff filed objections to the findings and recommendations in which he recounts his extensive and complex medical history, and provides myriad medical records and other exhibits in support. (ECF No. 18.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 29, 2017, are adopted in full; and
2. Plaintiff's motions for injunctive relief (ECF Nos. 3 & 13) are denied.

Dated: September 19, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge