1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WAYDE HOLLIS HARRIS,                      No.  2:17-cv-0680 GEB KJN P

12                      Plaintiff,

13          v.                                  ORDER

14    S. KERNAN, et al.,

15                      Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On December 20, 2017, the magistrate judge filed findings and recommendations herein

21    which were served on plaintiff and which contained notice to plaintiff that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed

23    objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations filed December 20, 2017, are adopted in full; and

28    ////

                                                    1

1     2. Defendant J. Clark Kelso[1] is dismissed from this action.

2   Dated: January 12, 2018

3

4
                                    _____
5                                   GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
      _____
26    [1]  In the recommendation clause, Mr. Kelso's last name was inadvertently omitted.  (ECF No. 22
      at 16.)  However, in the text of the findings and recommendations, Mr. Kelso's complete name "J.
27    Clark Kelso" is referenced, and his last name is used throughout the analysis.  (Id. at 11-12.)  The
      recommendation clause simply reiterates conclusion based on the analysis set forth above.  Thus,
28    no misunderstanding results from such typographical error.