UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS,<br><br>    Plaintiff,<br><br> v.<br><br>S. KERNAN, et al.,<br><br>    Defendants. | No. 2:17-cv-0680 TLN KJN P<br><br><br>ORDER APPOINTING LIMITED PURPOSE<br>COUNSEL FOR SETTLEMENT |

   Plaintiff is a state prisoner, and proceeds pro se with a civil rights action under 42 U.S.C. § 1983. Michael E. Vinding was selected from the Court's Pro Bono Attorney Panel to represent plaintiff for the limited purpose of settlement, and agreed to be appointed. Therefore, plaintiff's motion to appoint counsel is granted. The June 5, 2018 settlement conference and writ of habeas corpus ad testificandum for plaintiff's attendance at the settlement conference are vacated. Within two weeks from the date of this order, plaintiff's and defendants' counsel shall contact the undersigned's courtroom deputy, Alexandra Waldrop, awaldrop@caed.uscourts.gov, or (916) 930-4187, to select a new settlement conference date. Once the new date is selected, the court will issue a writ for plaintiff's attendance at the conference.

   In addition, plaintiff filed a motion to expedite the settlement conference. However, now that counsel has been appointed, the court must allow counsel time to familiarize himself with the file and communicate with plaintiff. Plaintiff's motion is denied.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to appoint counsel (ECF No. 38) is granted;

2. Michael E. Vinding is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

3. Michael E. Vinding's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference. Prior to the termination of the appointment, the court will accord counsel the option of proceeding as plaintiff's appointed counsel. If counsel does not wish to continue representation of plaintiff after he has carried out his limited purpose, the court will consider appointing new counsel for plaintiff, if deemed appropriate at that time.

4. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

5. The June 5, 2018 settlement conference is vacated;

6. The May 1, 2018 writ of habeas corpus ad testificandum is vacated;

7. Plaintiff's motion (ECF No. 39) is denied;

8. Within two weeks from the date of this order, both parties' counsel shall contact the undersigned's courtroom deputy to select a new settlement conference date; and

9. The Clerk of the Court is directed to serve a copy of this order upon:

   A. Michael E. Vinding, Brady & Vinding, 520 Capitol Mall, Suite 630, Sacramento, CA 95814;

   B. Warden, California State Prison, Solano, P.O. Box 4000, Vacaville, CA 95696-4000; and

   C. Out-To-Court Desk, California State Prison, Sacramento.

Dated: May 9, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/harr0680.31b