UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>S. KERNAN, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0680 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through limited purpose counsel. On July 9, 2018, plaintiff wrote the undersigned to complain that despite his letters, and his family's phone calls to plaintiff's counsel, plaintiff has not yet been contacted by appointed counsel. Plaintiff claims he feels "abandoned" by counsel, and asks the court to have counsel contact plaintiff or have new counsel appointed to represent plaintiff "as soon as possible." (ECF No. 44 at 1.)

While the court appreciates plaintiff's concern, he is reminded that counsel was appointed from our court's Pro Bono Program, and counsel volunteers his time, serving without any compensation. Such lawyers are carefully screened to ensure their competence, and provide such representation in addition to their otherwise busy legal practices. The settlement conference in this action is not scheduled until September 25, 2018. If by late August plaintiff has not heard

////

from counsel, the court would entertain plaintiff's request to relieve counsel.[1]  But plaintiff is cautioned that any request to relieve counsel would result in plaintiff's return to pro se status inasmuch as the court has a limited pool of such resources in these civil rights actions.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 44) is denied without prejudice.

Dated: July 11, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/harr0680.pb

---

[1] This is an exception to the stay of this action imposed on February 13, 2018, which prohibits the filing of pleadings or other documents during the stay.  (ECF No. 32 at 2-3.)