UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. KUERSTEN, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0680 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. Plaintiff requests that the court pay fees for a court reporter so that he may depose defendants. However, the in forma pauperis statute does not authorize the expenditure of public funds for deposition transcripts, court reporter fees, or witness fees. See 28 U.S.C. § 1915. The expenditure of public funds on behalf of an indigent litigant is proper only when authorized by Congress, and the in forma pauperis statute does not authorize the expenditure of public funds for the purpose sought by plaintiff. See Tedder v. Odel, 890 F.2d 210 (9th Cir. 1989) (citations omitted). To take the depositions of defendants, plaintiff must pay for the services of a court reporter from his own funds. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the court to pay fees (ECF No. 53) is denied.

Dated: April 18, 2019

/harr0680.dep

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE