UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYDE HOLLIS HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. KERNAN, et al.,<br><br>　　　　Defendants. | No.   2:17-cv-0680 TLN KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding without counsel.  On February 18, 2021, plaintiff submitted a document that appears to be his response to the November 4, 2020 order.  (ECF No. 96.)  Plaintiff claims that due to the COVID-19 quarantine, plaintiff cannot access his declarant to obtain a declaration from his confidential source.  Plaintiff provides his own declaration purporting to be what the confidential source told plaintiff.  However, plaintiff did not witness what took place firsthand, and the information he provides is therefore hearsay.  Moreover, as the court explained in the last order, the information provided differs from that first provided in that plaintiff makes no mention of any modified documents that have something written at the top of the pages.

　　　In an abundance of caution, plaintiff's document will be filed under seal.  However, because plaintiff has provided only his own self-serving declaration, no further action is taken at this time.

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's February 18, 2021 document is
2  filed under seal.
3  Dated: February 23, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/harr0680.sea